UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,

    Plaintiff,

v.

STEPHEN BREEN, et al.,

    Defendants.

Case No. 14-cv-02169-JST

**ORDER DIRECTING PLAINTIFF TO NOTIFY THE COURT IF SHE CONSENTS TO ASSIGNMENT TO A MAGISTRATE JUDGE**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). The Defendants in this case have consented to proceed before a magistrate judge. ECF No. 7.

Accordingly, the Plaintiff is hereby DIRECTED to advise the Court, no later than July 3, 2014, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action. For the Plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: June 13, 2014

_____
JON S. TIGAR
United States District Judge