UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN BREEN, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02169-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**<br><br>Re: ECF No. 13 |

　　　　On May 12, 2014, Plaintiff filed this action, seeking to overturn a decision by the Social Security Administration ("SSA"). ECF No. 1. On August 13, 2014, the SSA filed a Motion to Dismiss for Lack of Jurisdiction, alleging that Plaintiff had failed to exhaust her administrative remedies before filing this action. ECF No. 12. The Court agreed, and on September 17, 2014, the Court granted SSA's motion to dismiss. ECF No. 13.

　　　　In the Court's Order Granting the Motion to Dismiss, the Court ordered Plaintiff to amend her complaint within thirty days of the date the Order was filed. Id. at 3. The Court cautioned that failure to amend her complaint within that time would result in the Court dismissing her case with prejudice. Id.

　　　　Plaintiff did not amend her complaint within thirty days. Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE why her complaint should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this Order within thirty days of the date of this Order. If she fails to file a response by that date, her complaint will be dismissed with prejudice.

　　　　Plaintiff is advised that she can find helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's Representing Yourself in

Federal Court: A Handbook for Pro Se Litigants.  The handbook is also available free of charge at the Clerk's Office.

Plaintiff is also encouraged to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco.  The Legal Help Center has locations at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, and at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California.  Assistance is provided by appointment only.  A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at (415) 782-8982.

**IT IS SO ORDERED.**

Dated:  October 27, 2014

_____
JON S. TIGAR
United States District Judge